IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

METAPHYZIC EL-ECTROMAGNETIC
SUPREME-EL,

    Petitioner,

v.                                Civil Action No. 3:14CV302

DIRECTOR, DEPT. OF CORR.,

    Respondent.

**MEMORANDUM OPINION**

Metaphyzic El-ectromagnetic Supreme-El, a Virginia inmate proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on May 21, 2014, the Court directed Supreme-El to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed in forma pauperis or pay the $5.00 filing fee. The Court warned that failure to comply with the above directive would result in dismissal of the action. More than fifteen (15) days have passed and Supreme-El has not returned the required in forma pauperis affidavit.

Supreme-El has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the petition will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Supreme-El.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: June 30, 2014
Richmond, Virginia